No. 713.  STRAUSS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *Arthur B. Cunningham* and *Philip T. Weinstein* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 187.  DeSTEFANO v. ILLINOIS.  Sup. Ct. Ill.  Motion for leave to amend petition granted.  Certiorari denied.  THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.  *Julius Lucius Echeles* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 539.  SOCIETE INTERNATIONALE POUR DES PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A. v. KELBERINE ET AL.  C. A. D. C. Cir.  Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this petition.  *John J. Wilson* and *Frank H. Strickler* for petitioner.

No. 549.  KELBERINE ET AL. v. SOCIETE INTERNATIONALE POUR DES PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this petition.  *Harold E. Stassen* and *Roger A. Johnsen* for petitioners.  *John J. Wilson* and *Frank H. Strickler* for Societe Internationale Pour Des Participations Industrielles et Commerciales, S. A., and *Solicitor General Marshall, Assistant Attorney General Sanders, Morton Hollander* and *Richard S. Salzman* for Clark et al., respondents.